**Steven FRIEDMAN, MD, Individually and as Executor of the Estate of Gail Friedman, Deceased, Petitioner**

v.

**DEVON MANOR and Heartland Pharmacy of PA LLC, and HCR Manor Care, Inc., Respondents**

No. 494 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

### ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jason PEREZ, Petitioner**

No. 515 EAL 2016

Supreme Court of Pennsylvania.

April 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**